FILED12 JUL '18 15:59USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-cr-__00343-MO__ |
| v. | INDICTMENT |
| NATHANIAL BLAINE LUFFMAN, | 18 U.S.C. § 115(a)(1)(B) |
|  | 18 U.S.C. § 115(a)(1)(A) |
| Defendant. | 18 U.S.C. § 875(c) |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Threatening a Federal Official)
(18 U.S.C. § 115(a)(1)(B))

On or about June 25, 2018, within the District of Oregon and elsewhere, defendant **NATHANIAL BLAINE LUFFMAN** did threaten to assault and murder Victim 1, a United States official, with the intent to impede, intimidate, and interfere with Victim 1 while he was engaged in the performance of his official duties and with the intent to retaliate against him on account of the performance of his official duties;

In violation of Title 18, United States Code, Section 115(a)(1)(B).

//
//
//

## COUNT 2
### (Threatening the Family Member of a Federal Official)
### (18 U.S.C. § 115(a)(1)(A))

On or about June 25, 2018, within the District of Oregon and elsewhere, defendant **NATHANIAL BLAINE LUFFMAN** did threaten to assault and murder an immediate family member of Victim 1, a United States official, with the intent to impede, intimidate, and interfere with Victim 1 while he was engaged in the performance of his official duties and with the intent to retaliate against him on account of the performance of his official duties;

In violation of Title 18, United States Code, Section 115(a)(1)(A).

## COUNT 3
### (Interstate Communication)
### (18 U.S.C. § 875(c))

On or about June 25, 2018, within the District of Oregon and elsewhere, defendant **NATHANIAL BLAINE LUFFMAN** did knowingly and willfully transmit in interstate and foreign commerce an email communication containing a threat to injure Victim 2, specifically a threat to "gut" him;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 4
### (Interstate Communication)
### (18 U.S.C. § 875(c))

On or about June 27, 2018, within the District of Oregon and elsewhere, defendant **NATHANIAL BLAINE LUFFMAN** did knowingly and willfully transmit in interstate and foreign commerce an email communication containing a threat to injure Victim 3, specifically a

//

//

**Indictment**                                                                 **Page 2**

threat to "gut" her;

In violation of Title 18, United States Code, Section 875(c).

Dated: July 12, 2018                                A TRUE BILL.

                                                    ███████████████
                                                    OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
RAVI SINHA, LASB # 30823
Assistant United States Attorney