IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:18-cr-00343-MO-1 |
| Plaintiff, | |
| v. | ORDER MODIFYING TERMS OF PRETRIAL RELEASE |
| NATHANIAL BLAINE LUFFMAN, | |
| Defendant. | |

This Court, having considered the Unopposed Motion of Defendant Luffman to modify the conditions of his pretrial release to permit interstate travel to attend a relative's funeral, hereby GRANTS the Motion.

IT IS ORDERED THAT the pretrial release conditions previously set by order of this Court on May 7, 2020, are modified as follows:

Defendant is permitted to travel to the State of Tennessee for the purpose of attending a relative's funeral services. The details of that travel and the length of the trip outside the state of Kentucky will be determined in the discretion of the supervising officer in the W.D. Kentucky.

Page 1   ORDER MODIFYING TERMS OF PRETRIAL RELEASE

All other conditions remain in effect.

IT IS SO ORDERED on this  13  day of July, 2020.

*Michael W. Mosman*
The Honorable Michael W. Mosman
U.S. District Judge.

Order proposed by:

*/s/ Francesca Freccero*
Attorney for Defendant

**Page 2  ORDER MODIFYING TERMS OF PRETRIAL RELEASE**