IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:18-cr-00343-MO-1 |
| **Plaintiff,** | |
| v. | **ORDER GRANTING SECOND MOTION TO MODIFY TERMS OF PRETRIAL RELEASE** |
| **NATHANIAL BLAINE LUFFMAN,** | |
| **Defendant.** | |

This Court, having considered the Second Unopposed Motion of Defendant Luffman to modify the conditions of his pretrial release by modifying the "no-contact" order so that he can attend court proceedings in Calloway County, Kentucky, hereby GRANTS the Motion.

Although this Court ordered Defendant not to have contact with a list of persons identified by the government, some of those persons will be present in court proceedings in Calloway County, Kentucky, at which Defendant is

Page 1   ORDER GRANTING SECOND MOTION TO MODIFY TERMS OF
          PRETRIAL RELEASE

ordered to appear for the first time on July 28, 2020. The list includes the presiding judicial officer, Judge Randall Hutchens of the Calloway County District Court. Without modification of the current pretrial release order, Defendant's appearance in court could result in a violation of the current terms barring contact with the presiding judge and other involved persons.

IT IS HEREBY ORDERED THAT the pretrial release conditions previously set by order of this Court on May 7, 2020, are modified as follows:

Defendant may have contact with individuals on the "no-contact" list to the extent that such contact occurs in connection with Defendant's appearances in the Calloway County District Court. That contact is limited to contact necessarily occasioned by Defendant's travel to and from that court as directed, his appearance at scheduled proceedings, and then any contact made inevitable when following the directives of the Calloway County District Court (such as contact made necessary by applying for appointed counsel or other steps ancillary to the actual court proceedings). The permitted contact does not include addressing any of the listed persons outside the court proceedings or for any purpose not ordered by the Calloway County District Court.

All other conditions remain in effect.

IT IS SO ORDERED on this <u>21st</u> day of July, 2020.

<u>*Michael W. Mosman*</u>
The Honorable Michael W. Mosman
U.S. District Judge.

Order proposed by:

<u>/s/ Francesca Freccero</u>
Attorney for Defendant

**Page 3  ORDER GRANTING SECOND MOTION TO MODIFY TERMS OF PRETRIAL RELEASE**