IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:18-cr-00343-MO-1 |
| Plaintiff, | |
| v. | ORDER GRANTING THIRD UNOPPOSED MOTION TO MODIFY TERMS OF PRETRIAL RELEASE |
| NATHANIAL BLAINE LUFFMAN, | |
| Defendant. | |

This Court, having considered the Third Unopposed Motion of Defendant Luffman to modify the conditions of his pretrial release by deleting the "Active GPS monitoring" requirement and the requirement that he not have contact with his brother, Jeff Luffman, hereby GRANTS the Motion.

IT IS HEREBY ORDERED THAT the pretrial release conditions previously set by order of this Court on May 7, 2020, are modified as follows:

Page 1   ORDER GRANTING THIRD MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

The requirement of "Active GPS monitoring" is deleted, AND

Jeff Luffman, Defendant's brother, is removed from the list of persons with whom the Defendant is ordered not to have contact.

All other conditions remain in effect.

IT IS SO ORDERED on this  22   day of September, 2020.

*Michael W. Mosman*
The Honorable Michael W. Mosman
U.S. District Judge.

Order proposed by:

*/s/ Francesca Freccero*
Attorney for Defendant

**Page 2  ORDER GRANTING THIRD MOTION TO MODIFY TERMS OF PRETRIAL RELEASE**