UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-cr-00343-MO |
| v. | ORDER DISMISSING INDICTMENT |
| NATHANIAL BLAINE LUFFMAN, | |
| Defendant. | |

On motion of the Government, the court hereby ORDERS the indictment referenced above DISMISSED without prejudice in the best interests of justice.

DATED February 18, 2021.

*/s/ Michael W. Mosman*
HONORABLE MICHAEL W. MOSMAN
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Natalie K. Wight*
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney