# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-cr-00343-MO |
| v. | AMENDED ORDER DISMISSING INDICTMENT |
| NATHANIAL BLAINE LUFFMAN, | |
| Defendant. | |

On motion of the Government, the court hereby ORDERS the indictment referenced above DISMISSED with prejudice in the best interest of justice.

DATED February __19__, 2021.

*Michael W. Mosman*
HONORABLE MICHAEL W. MOSMAN
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Natalie K. Wight*
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney